| | |
|---|---|
| **SIRKERRA FARRELL, individually and on behalf of those similarly situated,** | **:** |
| | **: UNITED STATES DISTRICT COURT** |
| | **:    DISTRICT OF NEW JERSEY** |
| **Plaintiff,** | **:** |
| | **:    Civil Action No. 19-19973 (FLW)** |
| **v.** | **:** |
| | **:        <u>ORDER</u>** |
| **FEDEX CORPORATION,** | **:** |
| | **:** |
| **Defendant.** | |

      **THIS MATTER** having come before the Court for a telephone status conference on October 13, 2020; and the Court having conferred with counsel concerning the Notice of Suggestion of Death filed by Defendant [dkt. no. 28]; and good cause appearing for the entry of this Order:

      **IT IS on this  14ᵗʰ  day of  October, 2020**

      **ORDERED THAT:**

1. The Clerk shall administratively terminate this action from the Court's active docket, subject to reinstatement upon the written request of any party.

2. Counsel for Plaintiff must submit a status report to the Court by November 13, 2020.


                       __ s/ Douglas E. Arpert_____
                       **DOUGLAS E. ARPERT**
                       **United States Magistrate Judge**